UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAEL CRUZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FAM, LLC,<br><br>　　　　　　　　　　　Defendant. | No. 20-CV-5144 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 10, 2020, the Court granted Defendant until October 9, 2020 to appear or otherwise respond to the complaint. *See* Dkt. 8. To date, however, Defendant has not filed any response. No later than November 2, 2020, Defendant shall file a response to the complaint.

No later than October 22, 2020, Plaintiff shall serve a copy of this Order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated:　　　October 20, 2020
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge